**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHRISTIAN ENRIQUE NEVES MAZUELOS,** | **Civil Action No. 26-10578 (RK)** |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **LUIS SOTO, et al.,** | |
| **Respondents.** | |

This matter comes before the Court on Petitioner's counseled Petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. (ECF No. 1.) For the reasons explained in this Order, the Court dismisses the Petition without prejudice.

Petitioner Christian Enrique Neves Mazuelos filed this action through counsel on August 19, 2026. (ECF No. 1.) He alleges in the Petition that he is unlawfully detained under 8 U.S.C. § 1225(b) and seeks immediate release. (*See id.*) Pursuant to this Court's self-executing Order (ECF No. 2), Respondents filed a limited answer and advise that Plaintiff has another habeas case pending in this District, which he filed pro se.[1] *See Neves Mazuelos v. Acting Field Office Director, et al.*, 26-cv-08745 (ES). On July 17, 2026, the District Court in that matter determined that Petitioner is detained subject to 8 U.S.C. § 1226(a) and ordered a bond hearing. *See id.*, ECF No. 3. On August 14, 2026, Petitioner filed a motion asserting that he was deprived of due process during his July 27, 2026 bond hearing, and that motion is pending. *Id.*, ECF Nos. 6-7.

[1] Respondents also advise that "Petitioner has a criminal history including an arrest in Virginia for a domestic assault and battery. ECF No. 4 (citing Ex. 1 at 4), and pending charges in New Jersey related to forgery and issuance of bad checks. *Id.* (citing Ex. 1 at 5–6); *see also* EFC No. 1 at ¶ 5.

At this time, the Court denies the Petition without prejudice as Petitioner is not detained under 8 U.S.C. § 1225(b), as alleged in the Petition, and the Court will not permit him to litigate two actions simultaneously.

**IT IS**, therefore, on this 1st day of October 2026,

**ORDERED** that the Petition is dismissed without prejudice for the reasons stated in this Order; and it is further

**ORDERED** that the Clerk of the Court shall mark the matter as CLOSED.

ROBERT KIRSCH
United States District Judge